# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00184-CV

### In re Chad Wayne Tisdale

## ORIGINAL PROCEEDING FROM BASTROP COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus. *See* Tex. R. App. P. 52. Having reviewed the petition and its accompanying exhibit, we deny the petition for writ of mandamus. *See Mitschke v. State*, 129 S.W.3d 130, 135 (Tex. Crim. App. 2004); *Ex parte Drake*, 212 S.W.3d 822, 826-27 (Tex. App.—Austin 2006, pet. ref'd).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Bourland

Filed: April 29, 2015